✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Samuel Gordon Laverdure | Docket No. | 2:10CR00102-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Anne Sauther, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Samuel Gordon Laverdure who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 24th day of March 2011 under the following condition:

**Condition # 25**:  The defendant shall participate in an intensive inpatient treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:**  On May 4, 2011, Samuel Laverdure left the inpatient treatment program at American Behavioral Health without permission.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/05/2011

by  s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

05-05-2011

Date